■ THOMAS J. LEE et al., Respondents, v COURT JESTER ATHLETIC CLUB, LTD., Appellant. [630 NYS2d 954] —Appeal from an order of the Supreme Court (Monserrate, J.), entered November 29, 1994 in Broome County, which denied defendant's motion for summary judgment dismissing the complaint.

Order affirmed, upon the opinion of Justice Patrick D. Monserrate.

Cardona, P. J., Mercure, White, Peters and Spain, JJ., concur. Ordered that the order is affirmed, with costs.